No. 358. STANDARD SURETY & CASUALTY CO. *v.* STANDARD ACCIDENT INSURANCE CO. December 4, 1939.

No. 388. GRAYBAR ELECTRIC CO. *v.* CURRY, COMMISSIONER, ET AL. December 4, 1939.

No. 402. HAVERSTICK *v.* DRAINAGE DISTRICT No. 7 OF POINSETT COUNTY, ARKANSAS. December 4, 1939.

No. 408. DEAN *v.* UNITED STATES. December 4, 1939.

No. 410. SUNSHINE ANTHRACITE COAL CO. *v.* ICKES, SECRETARY OF THE INTERIOR, ET AL. December 4, 1939.

No. 892 (October Term 1938). JENKINS ET AL. *v.* BITGOOD, FORMERLY ACTING COLLECTOR OF INTERNAL REVENUE. December 4, 1939. Motion for leave to file a petition for rehearing denied. See 307 U. S. 636.

No. 1. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WILSHIRE OIL CO. December 11, 1939.

No. 456. GEORGE *v.* VICTOR TALKING MACHINE CO. December 11, 1939.

No. 470. SPRUILL *v.* BALLARD ET AL. December 11, 1939.

No. 411. LOVVORN *v.* DAVIDSON, JUDGE. December 18, 1939.